

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00388-CV

**ESTATE OF** Paul Edward **CHECK**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2012-PC-2681
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the probate court's judgment is AFFIRMED.

We order that appellee Rachelle Marie Powers recover her costs of this appeal from appellant Patrick A. Check.

SIGNED July 9, 2014.

Marialyn Barnard, Justice